ROBERT PERRY, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant, and NEW YORK CENTRAL RAILROAD COMPANY, Defendant.— Order reversed on the facts and motion for a new trial granted, with costs to appellant to abide

* Revd., 249 N. Y. 391.

the event on the ground that the evidence does not show with sufficient clarity the connection between the injuries complained of and the accident and that justice requires a new trial. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.